```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 05 B 31097
   SCOTT I FLESCH
   LANI G FLESCH                                    CHAPTER 13

                                                    JUDGE: A. BENJAMIN GOLDGAR
           Debtor
    SSN XXX-XX-7892      SSN XXX-XX-9531

-----------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
 Final Report and Account of the administration of the estate pursuant to
 11 USC 1302(b)(1).

    1.  The case was filed on 08/08/05 and confirmed on 09/30/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $ 162972.50 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FORD MOTOR CREDIT CO | SECURED VEHIC | 4765.01 | 213.39 | 4765.01 |
| WAUKEGAN SAVINGS BANK | CURRENT MORTG | 68888.00 | .00 | 68888.00 |
| WAUKEGAN SAVINGS BANK | MORTGAGE ARRE | 9300.00 | .00 | 9300.00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 18041.84 | .00 | 17572.99 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1667.72 | .00 | 1624.38 |
| CAPITAL ONE BANK | UNSECURED | 1262.75 | .00 | 1229.94 |
| CAPITAL ONE BANK | UNSECURED | 838.03 | .00 | 816.25 |
| CAPITAL ONE BANK | UNSECURED | 3016.04 | .00 | 2937.66 |
| CAPITAL ONE BANK | UNSECURED | 454.24 | .00 | 442.44 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 9311.16 | .00 | 9069.19 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2252.00 | .00 | 2193.48 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 5592.31 | .00 | 5446.98 |
| ROUNDUP FUNDING LLC | UNSECURED | 1535.61 | .00 | 1495.70 |
| FIRST MIDWEST BANK | UNSECURED | 2500.00 | .00 | 2435.03 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 323.27 | .00 | 314.87 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 701.34 | .00 | 683.11 |
| MARSHALL FIELD | UNSECURED | 10873.85 | .00 | 10591.27 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ECAST SETTLEMENT CORPORA | UNSECURED | 5319.51 | .00 | 5181.27 |
| PROFESSIONAL ACCOUNTS MG | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT UNION 1 | UNSECURED | 5044.57 | .00 | 4913.48 |
| VON MAUR | UNSECURED | 992.23 | .00 | 966.45 |

```
          Summary of disbursements:
-----------------------------------------------------------------------------
               SECURED     PRIORITY    UNSECURED       OTHER        TOTAL
```

```
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      82953.01          .00     69726.47          .00   152679.48
PRINCIPAL PAID          82953.01          .00     67914.49          .00   150867.50
INTEREST PAID             213.39          .00          .00          .00      213.39
TOTAL PAID              83166.40          .00     67914.49          .00   151080.89
```

The Debtor's attorney, PETER FRANCIS GERACI        , was allowed $   2700.00
and was paid $   2700.00 .

The Trustee received $   6959.11 .

Refunds to the Debtor totaled $   2232.50 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/12/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE